# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>MICHELLE HANEY (1),<br><br>                     Defendant. | Case No.: 17cr3555-MMA-1<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE**<br><br>[Doc. No. 86] |

      Subsequent to pleading guilty to Count One of a Superseding Information charging Defendant Michelle Haney ("Defendant") with Importation of Methamphetamine, in violation of 21 U.S.C. §§ 952, 960 and 18 U.S.C. § 2, the Court sentenced Defendant to twenty-seven (27) months in custody followed by a five-year term of supervised release. Doc. No. 58. Defendant now moves for early termination of supervised release. Doc. No. 86. Neither the United States Attorney nor United States Probation oppose the motion. *Id.* at 2; Doc. No. 86-1.

      Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Upon due consideration of the applicable

factors set forth in 18 U.S.C. § 3553(a), the interests of justice, and Defendant's conduct, the Court **GRANTS** the motion. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court **TERMINATES** Defendant's term of supervised release and **DISCHARGES** Defendant as of the date this Order is filed.

**IT IS SO ORDERED**.

Dated: March 23, 2023

HON. MICHAEL M. ANELLO
United States District Judge